Mead v. Coggshall.

---

## MEAD v. COGGSHALL.

Appeal lies after default and hearing in damages.

THIS case was defaulted and heard in damages at the Court of Common Pleas.  After damages were assessed, the plaintiff moved for an appeal, which was allowed.  At this court the defendant pleaded in abatement of the appeal, on the ground that no appeal can be taken after a default.

But it was held by the court, that the appeal will lay, because there was a hearing in the case, which brought it within the statute.